| | |
|---|---|
| 1 | DERRICK LAM, Bar No. 275431 |
| | dlam@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street |
| 3 | 63rd Floor |
| | Los Angeles, CA  90071 |
| 4 | Telephone: 213.443.4300 |
| | Facsimile:  213.443.4299 |
| 5 | |
| | ASHLEY J. BRICK, Bar No. 281657 |
| 6 | abrick@littler.com |
| | LITTLER MENDELSON, P.C. |
| 7 | 2049 Century Park East |
| | 5th Floor |
| 8 | Los Angeles, CA  90067 |
| | Telephone: 310.553.0308 |
| 9 | Fax No.:    310.553.5583 |

Attorneys for Defendants
GF MACHINING SOLUTIONS LLC and
MARTY ZACCARDO

MARTIN E. SULLIVAN, Bar No. 274279
ms@melmedlaw.com
MELMED LAW GROUP P.C.
1801 Century Park East, Suite 850
Los Angeles, CA 90067
Tel: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| FRANK BURT, an individual, | Case No.  5:21-cv-00118 JWH (SPx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | Trial Date: July 18, 2022 |
| GF MACHINING SOLUTIONS, LLC, a New York Limited Liability Company; MARTY ZACCARDO, LLC, an individual; and DOES 1 to 100, inclusive, | Complaint Filed:  October 15, 2020 (San Bernardino Superior Court, Case No. CIVDS 2022941) |
| Defendants. | |

**TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that Plaintiff FRANK BURT ("Plaintiff") and Defendants GF MACHINING SOLUTIONS LLC and MARTY ZACCARDO ("Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties"), have resolved the above-captioned matter.

The Parties jointly request that the Court vacate all dates and deadlines currently on calendar. The Parties anticipate filing a Joint Stipulation and Proposed Order dismissing the entire action with prejudice as to Plaintiff within the next seventy-five (75) days.

Dated: November 10, 2021          LITTLER MENDELSON, P.C.

                                  By: /s/ *Ashley J. Brick*
                                  DERRICK LAM
                                  ASHLEY J. BRICK
                                  Attorneys for Defendants
                                  GF MACHINING SOLUTIONS
                                  LLC and MARTY ZACCARDO

Dated: November 10, 2021          MELMED LAW GROUP P.C.

                                  By: /s/ *Martin E. Sullivan*
                                  MARTIN E. SULLIVAN
                                  Attorneys for Plaintiff
                                  FRANK BURT

**ATTESTATION REGARDING SIGNATURES**

I, Ashley J. Brick, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Ashley J. Brick*

4878-0439-7570.1 / 108334-1004