1  DERRICK LAM, Bar No. 275431
   dlam@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, CA 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299
5
   ASHLEY J. BRICK, Bar No. 281657
6  abrick@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA 90067
   Telephone: 310.553.0308
9  Fax No.:   310.553.5583

10 Attorneys for Defendants
   GF MACHINING SOLUTIONS LLC and
11 MARTY ZACCARDO

12
   MARTIN E. SULLIVAN, Bar No. 274279
13 ms@melmedlaw.com
   MELMED LAW GROUP P.C.
14 1801 Century Park East, Suite 850
   Los Angeles, CA 90067
15 Tel: (310) 824-3828
   Fax: (310) 862-6851
16
   Attorneys for Plaintiff
17
                    UNITED STATES DISTRICT COURT
18
          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION
19

20

21 | FRANK BURT, an individual, | Case No. 5:21-cv-00118 JWH (SPx) |

22 | Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

23 | v. | |

24 | GF MACHINING SOLUTIONS, LLC, a New York Limited Liability Company; MARTY ZACCARDO, LLC, an individual; and DOES 1 to 100, inclusive, | Trial Date: July 18, 2022
Complaint Filed: October 15, 2020
(San Bernardino Superior Court, Case No. CIVDS 2022941) |

25

26 | Defendants. | |

27

28

**TO THE COURT AND THE CLERK OF THE ABOVE-REFERENCED COURT:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff FRANK BURT and Defendants GF MACHINING SOLUTIONS LLC and MARTY ZACCARDO (collectively, the "Parties"), by and through their counsel, hereby stipulate, in consideration of the negotiated settlement executed by the Parties, to the dismissal with prejudice of this action, including all claims stated herein against Defendants, with each party to bear his/their own attorneys' fees and costs.

Dated: November 18, 2021    LITTLER MENDELSON, P.C.


By:/s/ *Ashley J. Brick*
DERRICK LAM
ASHLEY J. BRICK
Attorneys for Defendants
GF MACHINING SOLUTIONS
LLC and MARTY ZACCARDO

Dated: November 18, 2021    MELMED LAW GROUP P.C.


By: /s/ *Martin E. Sullivan*
MARTIN E. SULLIVAN
Attorneys for Plaintiff
FRANK BURT

**ATTESTATION REGARDING SIGNATURES**

I, Ashley J. Brick, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Ashley J. Brick*

4889-5511-9364.1 / 108334-1004

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300